UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS - PINE BLUFF DIVISION

| | | |
|---|---|---|
| SIEMENS INDUSTRY, INC. | * | CIVIL ACTION |
| Plaintiff | * | NO.: 5:15-cv-00127 DPM/JTK |
| VERSUS | * | JUDGE: MARSHALL |
| CITY OF MONTICELLO, ARKANSAS | * | MAGISTRATE: KEARNEY |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT, SPECIFIC PERFORMANCE AND DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Siemens Industry, Inc. ("Siemens"), who files its First Amended Complaint against the City of Monticello, Arkansas ("the City") to restate its claim for a declaratory judgment, pursuant to 28 U.S.C. §2201, et al., and to state a claim for damages for breach of contract, interest, costs and attorneys' fees under Ark. Code Ann. 16-22-308.  In support of its First Amended Complaint, Siemens respectfully restates and amends its Complaint to now read as follows:

**PARTIES**

1. Plaintiff Siemens is a foreign corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Illinois.

2. Defendant, the City of Monticello, is a municipality in the State of Arkansas with its principal place of business in Arkansas.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. Venue is proper pursuant to 28 U.S.C. § 1391.

## RELEVANT FACTS

5. During the Summer and Fall of 2011, at the City's request, Siemens and the City performed an evaluation of the City's existing municipal water system. Siemens then made a proposal for ways to remedy problems in the system and provide enhancements that would improve the City's ability to accurately identify and bill for water usage.

6. In the review of the City's water system, problems were identified in the meters and water pipe infrastructure, including that: (1) the City's water meters did not accurately measure water usage, as a result of which the City was failing to generate revenues to which the City was entitled, and (2) that the waterpipe infrastructure was deteriorating, which disrupted service and diverted City resources toward continual repairs.

7. After a procurement process and negotiation, the parties entered into a Performance Contracting Agreement (the "Contract"), which bears an effective date of September 19, 2013, in which the City and Siemens agreed that Siemens would provide improvements to the City's municipal water system in two main aspects: (a) the installation of new water meters throughout the city; and (b) enhancements and rehabilitation of portions of water lines in specified parts of the City. The Contract is attached as Exhibit A to this First Amended Complaint and is incorporated into this First Amended Complaint by reference as if fully set forth herein.

8. On October 7, 2014, the Monticello City Council voted not to allow any work to continue on the water line aspect of this project, contrary to the provisions of the Contract. The City has breached the Contract by preventing Siemens from completing its obligations under the Contract and realizing the benefits inuring to Siemens under the Contract, including its expected profit.

9. Siemens is ready, willing and able to complete its obligations under the Contract by continuing the water line installation.

10. The City, through its attorney, has also alleged that Siemens has made material misrepresentations to induce the City to enter into the Contract, despite evidence to the contrary in the City's possession.

11. Following an exchange of letters between Siemens and the City, on or about November 13, 2014, Siemens requested mediation in accordance with the Contract in order to try to resolve disputes between the parties.

12. Mediation took place on April 21, 2015, but was not successful.

13. Siemens denies the allegations of fault made against it and contends it has complied with its obligations under the Contract.

## COUNT I: DECLARATORY ACTION

14. Siemens requests a declaratory judgment declaring that the City has breached the Contract by preventing Siemens from completion of the water line installation pursuant to the valid and existing Contract without further interference by the City.

## COUNT II: BREACH OF CONTRACT

15. The City is liable to Siemens for breach of contract based on the City's refusal to allow Siemens to perform and complete the water line aspect of the Contract.

16. Siemens claims and is entitled to specific performance of the water line aspect of the Contract or, in the alternative, damages, including lost profits, caused by the City's breach of contract.

17. Siemens claims and is entitled to the award of attorney's fees, all costs of these proceedings, and interest as a result of the City's breach of the Contract.

**WHEREFORE**, the above premises considered, Siemens Industry, Inc. prays that the City of Monticello, Arkansas be cited through its Mayor, Zackery Tucker, and served with a copy of this First Amended Complaint and that after due proceedings had, that Siemens be granted: (a) a declaratory judgment in its favor, declaring that the City has breached the Contract by preventing Siemens from completion of the water line installation pursuant to the valid and existing Contract without further interference by the City; (b) a judgment of specific performance of the water line aspect of the Contract or, in the alternative, a judgment awarding Siemens damages, including lost profits for the City's breach of contract arising from the City's refusal to allow Siemens to perform the water line aspect of the Contract; (c) all costs, interest, and attorneys' fees under Ark. Code Ann. 16-22-308, and (d) all other just and proper relief to which it is entitled under the law.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/Don S. McKinney
Don S. McKinney (Ark. Bar No.: 95162)
One Shell Square – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
E-Mail: don.mckinney@arlaw.com
Counsel for Siemens Industry, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/Don S. McKinney
DON S. MCKINNEY