UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

PINE BLUFF DIVISION

| | | |
|---|---|---|
| SIEMENS INDUSTRY, INC., | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO: 5:15-CV-00127 DPM-JTK |
| | * | |
| VERSUS | * | JUDGE MARSHALL |
| | * | |
| CITY OF MONTICELLO, ARKANSAS | * | MAGISTRATE KEARNEY |
| | * | |
| Defendant | * | |

**************************************

### SIEMENS INDUSTRY, INC.'S RULE 12(B)(6) MOTION TO DISMISS COUNTERCLAIMANT'S FRAUDULENT MISREPRESENTATION CLAIM <u>IN COUNT III OF THE COUNTERCLAIM</u>

Count III of the Counterclaim by the City of Monticello ("the City") asserts that Siemens Industry, Inc. ("Siemens Industry") fraudulently obtained a contract with the City in the name of Siemens Industry rather than in the name Siemens AG, an indirect corporate parent of Siemens Industry. Taking all of the factual allegations that qualify as being treated as true under Rule 8(a) and Rule 9(b), the City has failed to adequately allege a claim for fraud as to whether Siemens AG would be a party to the contract with the City. The City's conclusory allegations fail to meet Rule 9(b)'s requirement to plead the circumstances with particularity. Additionally, the City admits that the contract clearly discloses Siemens Industry as the contracting party and that it does not identify Siemens AG as a contracting party. The City could have easily discovered that Siemens AG was not party to the contract simply by looking at the contract. Moreover, the City has made payments only to Siemens Industry pursuant to the contract and has

allowed Siemens Industry to perform under the contract.  The City was, therefore, not justified in reliance on any alleged misrepresentations.

**WHEREFORE**, Plaintiff and Counterclaim-Respondent, Siemens Industry, Inc. respectfully requests that the Court dismiss Count III of Plaintiff's Counterclaim with prejudice.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/Don S. McKinney
Don S. McKinney (Ark. Bar No.: 95162)
Philip A. Franco (LA Bar #5819)
Justin J. Boron (LA Bar #33023)
One Shell Square – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
E-Mail: don.mckinney@arlaw.com
Counsel for Siemens Industry, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/Don S. McKinney
DON S. MCKINNEY