# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SIEMENS INDUSTRY, INC.                          PLAINTIFF/
                                         COUNTER-DEFENDANT

v.                      No. 5:15-cv-127-DPM

CITY OF MONTICELLO, ARKANSAS                     DEFENDANT/
                                          COUNTER-CLAIMANT

v.

SIEMENS AG                                THIRD-PARTY DEFENDANT*

## ORDER

Rule 26(f) report, № 48, noted and appreciated. Discovery from Siemens AG is on hold until the Court resolves the jurisdictional issue. The Court will hold a one-hour argument on № 35 on 17 November 2015 at 1:30 p.m. in Courtroom B-155 in Little Rock. This will not be an evidentiary hearing. Siemens AG should prepare its initial disclosures in the interim, and be prepared to make them by 24 November 2015 if the Court concludes it has personal jurisdiction. A Final Scheduling Order, informed by the Rule 26(f) report, will issue.

---

*The Court earlier mis-designated Siemans AG as a counter-defendant. № 28. The Court directs the Clerk to correct the docket.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 October 2015