IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SIEMENS INDUSTRY, INC.                                    PLAINTIFF/
                                                          COUNTER-DEFENDANT

v.                          No. 5:15-cv-127-DPM

CITY OF MONTICELLO, ARKANSAS                              DEFENDANT/
                                                          COUNTER-CLAIMANT

v.

SIEMENS AG                                                THIRD-PARTY DEFENDANT

ORDER

For the reasons stated on the record at the end of the 17 November 2015 hearing, Siemens AG's motion to dismiss, № 35, is denied without prejudice. The Court will issue an Amended Final Scheduling Order addressing jurisdictional discovery.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2015