IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SIEMENS INDUSTRY, INC.                                                                 PLAINTIFF/
                                                                            COUNTER-DEFENDANT

vs.                           NO. 5:15-cv-00127 DPM/JTK

CITY OF MONTICELLO, ARKANSAS                                              DEFENDANT/
                                                                             COUNTER-CLAIMANT

vs.

SIEMENS A.G.                                                               THIRD-PARTY DEFENDANT

**CITY OF MONTICELLO'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes the City of Monticello (herein "City") and moves for partial summary judgment, and in support thereof states:

1. The contract at issue is void, illegal and unenforceable for failure of the work and materials covered by the contract to be competitively bid as required by Ark. Code Ann. § 22-9-203 and other applicable law.

2. The contract at issue does not constitute a "qualified efficiency contract" as defined by Ark. Code Ann. § 14-164-402(15), and, consequently, does not qualify for the exemption to competitive bidding set forth in Ark. Code Ann. § 14-164-419.

3. There is no genuine issue of material fact, and the City is entitled to summary judgment dismissing the Complaint, as amended, R. Doc. 1 and 7, of Siemens Industry, Inc.

4. The City submits Exhibits 1 through 18 concurrent with the filing of this Motion in support thereof.

-1-

5.	The City further submits a Memorandum Brief in support of this Motion concurrent with the filing of this Motion, which brief is incorporated herein by reference.

WHEREFORE, the premises considered, the City of Monticello prays for summary judgment dismissing the Complaint, as amended, of Siemens Industry, Inc., and that it have and recover its attorney fees, costs and all other proper relief.

Respectfully submitted,

GIBSON & KEITH, PLLC
Attorneys For City of Monticello
119 South Main Street
Post Office Drawer 447
Monticello, AR   71657
Phone: 870/367-2438
Fax:    870/367-8306

By:	*/s/ C. C. Gibson, III*
	C. C. Gibson, III
	Ark. Bar No. 81067
	E-Mail: ccgiii@gibsonandkeith.com

By:	*/s/ Lee D. Curry*
	Lee D. Curry
	Ark. Bar No. 2014153
	E-Mail: ldc@gibsonandkeith.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record in this case.

*/s/ C. C. Gibson, III*
C. C. Gibson, III