IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SIEMENS INDUSTRY, INC().                                PLAINTIFF/
                                                 COUNTER-DEFENDANT

v.                              No. 5:15-cv-127-DPM

CITY OF MONTICELLO, ARKANSAS                     DEFENDANT/
                                                 COUNTER-CLAIMANT/
                                                 THIRD-PARTY PLAINTIFF

v.

SIEMENS A.G.                                THIRD-PARTY DEFENDANT

ORDER

The Court appreciates the parties' filing as the fruit of a good faith effort—an armistice, of sorts. Motion, № 101, granted. Please send the stipulation to chambers for signature and filing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
16 March 2016