## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CITY OF MONTICELLO, ARKANSAS                          PLAINTIFF

v.                          No. 5:15-cv-127-DPM

SIEMENS INDUSTRY, INC.                                DEFENDANT

### ORDER

Motion, № 117, granted.  The parties may file one joint report on the disputed privilege issues.  Neither side may exceed fifteen pages.  The Court requests that Siemens take three further steps:  redo the privilege log so that the headings appear on every page;  file copies of all the disputed documents *ex parte* and under seal with the joint report;  and provide a paper copy of the disputed documents to chambers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2016