IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CITY OF MONTICELLO, ARKANSAS                                    PLAINTIFF

v.                                  No. 5:15-cv-127-DPM

SIEMENS INDUSTRY, INC.                                          DEFENDANT

## ORDER

**1.** Joint report, № *124*, noted.  Here are the Court's rulings.

**Interrogatory No. 3**. Siemens Industry must identify its employees and representatives, if any, who decided the Monticello contract didn't need to be competitively bid.  This remains relevant information.  It's a door into the company's thinking about this contract.  Any underlying communications with counsel remain privileged.  If Siemens has already answered fully, then it should so state and its obligation will be fulfilled.

**Request for Production No. 50.**  If the internal brief mentioned in № *119*, *Ex. A-8* is part of Robert McMillin's personnel file, then Siemens must produce it by 17 June 2016.  Siemens may redact any part of the brief not dealing with Monticello.  And the Court designates the brief confidential under the Protective Order, № *91*.

2. Motion, № 122, noted. As the parties have agreed, the Court will hold a bench trial. New joint report on privilege, № 125, noted. Any joint report on disputed areas for deposition questioning is due by 17 June 2016. The Court will hold a hearing on the privilege issues, the deposition issues, the requested extension, and the path to trial at 1:30 p.m. on 29 June 2016 in courtroom B155 in Little Rock.

* * *

№ 124 addressed. № 122 & 125 held in abeyance. Due date and hearing set. Case converted to bench trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge
7 June 2016