IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CITY OF MONTICELLO, ARKANSAS                                    PLAINTIFF

v.                              No. 5:15-cv-127-DPM

SIEMENS INDUSTRY, INC.                                          DEFENDANT

ORDER

Joint report, № 129, noted. The upcoming depositions should proceed. Monticello may cover the ground it wants, № 129 at 3–5, though some of it looks only marginally relevant at this point. Monticello must resist the temptation to make proof about the rejected claims the centerpiece of its case; while Siemens must wait until trial to press hard about what's collateral and what's essential on the remaining claim and defenses.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
10 June 2016