IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CITY OF MONTICELLO, ARKANSAS                                                PLAINTIFF

vs.                              NO. 5:15-cv-00127 DPM/JTK

SIEMENS INDUSTRY, INC.                                                      DEFENDANT

**NOTICE OF SETTLEMENT**

Notice is hereby given that on August 13, 2016, the parties entered into a written Settlement Agreement and Release resolving all of the issues and claims in the above-styled cause. The said Settlement Agreement and Release imposes certain payment and other obligations on the parties that are to be performed over a 75 day period following August 13, 2016. The terms of the Settlement Agreement and Release provide that the Court will retain jurisdiction over this case for purposes of enforcing the settlement. Once certain requirements of the Settlement Agreement and Release are fulfilled, the City of Monticello will file a Motion requesting dismissal of its Complaint with prejudice.

        Respectfully submitted,

        GIBSON & KEITH, PLLC
        Attorneys For City of Monticello
        119 South Main Street
        Post Office Drawer 447
        Monticello, AR   71657
        Phone: 870/367-2438
        Fax:    870/367-8306

        By:   */s/ C. C. Gibson, III*
            C. C. Gibson, III
            Ark. Bar No. 81067
            E-Mail: ccgiii@gibsonandkeith.com

By:   */s/ Lee D. Curry*
      Lee D. Curry
      Ark. Bar No. 2014153
      E-Mail: ldc@gibsonandkeith.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record in this case.

*/s/ C. C. Gibson, III*
C. C. Gibson, III