IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CITY OF MONTICELLO, ARKANSAS    PLAINTIFF

v.    No. 5:15-cv-127-DPM

SIEMENS INDUSTRY, INC.    DEFENDANT

## ORDER

The Court notes the parties' settlement. № 136. Congratulations. The Second Amended Final Scheduling Order, № 135, is suspended. The December 2016 trial is cancelled. The parties must file a joint status report on their progress by 23 September 2016. If Monticello doesn't move to dismiss by 31 October 2016, then the Court will enter an amended scheduling order and re-set the case for trial first out in April 2017.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
16 August 2016