IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CITY OF MONTICELLO ARKANSAS                               PLAINTIFF

v.                          No. 5:15-cv-127-DPM

SIEMENS INDUSTRY INC                                       DEFENDANT

## ORDER

The parties' joint motion for voluntary dismissal, № 140, is granted. As to Siemens AG, the parties' agreed terms for the stipulated nonsuit remain in effect. № 103.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
21 September 2016