IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CITY OF MONTICELLO, ARKANSAS | PLAINTIFF/THIRD PARTY PLAINTIFF/ COUNTER CLAIMANT |

v.                     No. 5:15-cv-127-DPM

| | |
|---|---|
| SIEMENS INDUSTRY, INC. | DEFENDANT/ COUNTER DEFENDANT |

v.

| | |
|---|---|
| SIEMENS AG | THIRD PARTY DEFENDANT |

## JUDGMENT

All claims by the City of Monticello, Arkansas against Siemens Industry, Inc. are dismissed with prejudice. All claims by Siemens Industry, Inc. against the City are dismissed with prejudice. And the Court confirms the 16 March 2016 stipulated dismissal of all claims by the City against Siemens AG. Each party shall bear its own costs and attorney's fees.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
21 September 2016