UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

PINE BLUFF DIVISION

| | | |
|---|---|---|
| CITY OF MONTICELLO, ARKANSAS | * | CIVIL ACTION |
| Plaintiff | * | NO: 5:15-CV-00127 DPM-JTK |
| VERSUS | * | JUDGE MARSHALL |
| SIEMENS INDUSTRY, INC. | * | MAGISTRATE KEARNEY |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STATUS REPORT NO. 2

Pursuant to the Court's Order, R. Doc. 137, the City of Monticello and Siemens Industry, Inc. (collectively herein the "Parties") submit the following Joint Status Report to the Court.

On August 13, 2016, the Parties entered into a written Settlement Agreement and Release resolving all of the issues and claims in the above-styled cause. Notice of the settlement agreement was subsequently filed with the Court. R. Doc. 136. Thus far, both Parties have performed their obligations under the Settlement Agreement and Release, except their respective duties to return or discard documents and information designated Confidential pursuant to the Stipulated Protective Order entered herein, R. Doc. 91. On September 19, 2016, the Parties filed a Joint Motion for Voluntary Dismissal with Prejudice, R. Doc. 140, and submitted a proposed Order to the Court's chambers for consideration. The Court entered an Order granting said Joint Motion on September 21, 2016. R. Doc. 141.

Both Parties are in the process of reviewing their files to assure compliance with the

Stipulated Protective Order Regarding Confidential Material, in accordance with the confidentiality designations made by each of them.  The Parties anticipate that they will both fulfill their obligations to discard or return all Confidential documents and information well in advance of the deadline prescribed by the Stipulated Protective Order.  *See* R. Doc. 91 ¶ 12.

Respectfully submitted,

| | |
|---|---|
| **GIBSON & KEITH, PLLC** | **ADAMS AND REESE LLP** |
| */s/ Lee D. Curry* | /s/ *Philip A. Franco* |
| | |
| C.C. Gibson, III (Ark. Bar No. 81067) | Don S. McKinney (Ark. Bar No.: 95162) |
| E-Mail: ccgiii@gibsonandkeith.com | Email: don.mckinney@arlaw.com |
| Lee D. Curry (Ark. Bar No. 2014153) | Philip A. Franco (LA Bar #5819) – *PHV* |
| E-Mail: ldc@gibsonandkeith.com | Email: phil.franco@arlaw.com |
| 119 South Main Street | Justin J. Boron (LA Bar #33023) – *PHV* |
| Post Office Drawer 447 | Email: justin.boron@arlaw.com |
| Monticello, AR   71657 | One Shell Square – Suite 4500 |
| Phone: 870/367-2438 | 701 Poydras Street |
| Fax:    870/367-8306 | New Orleans, Louisiana 70139 |
| *Counsel for City of Monticello* | Telephone: (504) 581-3234 |
| | Facsimile: (504) 566-0210 |
| | *Counsel for Siemens Industry, Inc.* |

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record in this case.

    */s/ Lee D. Curry*_____
    Lee D. Curry